## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

v.                          4:13CR00090-10 KGB-JJV

ZYPHRIA WATTS                                               DEFENDANT

### ORDER

    The Court having determined a transcript is necessary in the instant case, the clerk shall issue a check to Ms. Robin Warbritton, in the amount of $205.40 for the invoice submitted.

    IT IS SO ORDERED, this 21st day of March, 2014.

_____
JOE J. VOLPE
UNITED STATES MAGISTRATE JUDGE